UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JONATHAN OLIVER,

                Plaintiff,                **ORDER**
                                                                CV 09-3475(SJF)(ARL)

    -against-

NASSAU COUNTY CORRECTIONAL
CENTER, et al.,

                Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       By letter motion dated October 21, 2010, defendants Nassau County Correctional Center, Nassau County Sheriff's Department, Former Corrections Commissioner Sidney Head, and Acting Sheriff Michael Sposato (collectively the "County Defendants") requests the court's guidance concerning *pro se* plaintiff's Revised Narrative Statements.[1] Plaintiff's Revised Narrative Statement was to be served no later than October 11, 2010, and to date, neither of defendants' respective attorneys have received it.

       Having failed to comply with this court's scheduling order, the plaintiff is directed to submit a Revised Narrative Statement on or before October 27, 2010. If the plaintiff fails to submit a Revised Narrative Statement by this date, the court shall deem the initial narrative statement submitted by plaintiff as the final narrative statement to be incorporated into the pretrial order. The defendants are directed to file the pretrial order on or before November 2, 2010.

       The County is directed to serve a copy of this order upon plaintiff by certified mail immediately upon receipt.


Dated: Central Islip, New York                **SO ORDERED:**
       October 22, 2010

                                                     _____/s_____
                                                     ARLENE R. LINDSAY
                                                     United States Magistrate Judge

---

[1] Although the County addressed its letter motion to District Judge Feuerstein, all pretrial matters have been referred to the undersigned.