UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JONATHAN OLIVER,

                        Plaintiff,                **ORDER**
                                                    CV 09-3475(SJF)(ARL)

    -against-

NASSAU COUNTY CORRECTIONAL
CENTER, et al.,

                        Defendants.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Feuerstein's requirements.

      Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Fererstein.

      The County is directed to serve a copy of this order upon plaintiff by certified mail immediately upon receipt.


Dated:  Central Islip, New York                **SO ORDERED:**
         October 22, 2010

                                                  _____/s_____
                                                  ARLENE R. LINDSAY
                                                  United States Magistrate Judge